UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NOS. 26-10030
and 26-10031-RGS

UNITED STATES OF AMERICA

v.

SNIDERS JEAN-JACQUES

ORDER ON DEFENDANT'S
RENEWED MOTION FOR PRETRIAL RELEASE

August 7, 2026

STEARNS, D.J.

After careful review of defendant Sniders Jean-Jacques' reply (and the attached exhibits) to the Government's opposition to his renewed motion for pretrial release [Dkt. # 88], the motion is <u>DENIED</u>.[1] Without delving into the intricacies of defendant's disagreement with the government's contention that his connections with Florida and his relationships with some members of his immediate family are weak and unstable, it remains materially undisputed that defendant faces a substantial sentence if convicted. This is particularly so given his prior federal conviction of a

---

[1] The background of the motion is set out in the court's Memorandum of April 20, 2026, reversing the Magistrate Judge's decision to grant defendant's pretrial release in Florida on conditions. *See* Dkt #63.

similar scheme of program fraud, his history of fraudulent appropriation of the identities of others, and the deep roots he maintains in his native Haiti. Given these factors, the incentive for flight significantly outweighs any showing to the contrary. That said, the court sees no reason (as previously) to further consider the issue of defendant's danger to the community (or the U.S. Treasury) if released.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE